UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-5603 ABC | Date | January 28, 2009 |
|---|---|---|---|
| Title | Christopher Wayne Chapman v. United States | | |

| Present: The Honorable | Audrey B. Collins, Chief Judge | |
|---|---|---|
| Daphne Alex | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None | None |

**Proceedings:**   ORDER TO SHOW CAUSE (In Chambers)

    Christopher Wayne Chapman was charged with various offenses involving sale and distribution of methamphetamine and possession of firearms.  (See generally, CR 02-00247.)  Chapman sought to file a dilatory motion under 28 U.S.C. § 2255.  The Court denied Chapman's request.  (Docket No. 5.)  Chapman has filed a motion (Docket No. 7) seeking reconsideration of the Court's denial.  The Court then scheduled the briefing on Chapman's motion, with the opposition due no later than Monday, January 12, 2009.  No opposition was filed.  On review of the docket, it is not clear as to whether any government attorney received notice of the Court's scheduling order.  No specific attorney is listed by name on the docket as representing the government.  However, based on previous filings in this matter, it appears that Robert Dugdale was the assigned Assistant United States Attorney.  Accordingly, the government is **ORDERED TO SHOW CAUSE** as to why no opposition has been filed.  The government's response is due no later than **February 2, 2009**.  If the government intends to file an opposition, the response to this order should include a proposed order with a modified briefing schedule to accommodate the preparation of any late-filed opposition and subsequent reply.

    IT IS SO ORDERED.

                                                                                                       :

                                            Initials of Preparer    DA

cc:  Robert Dugdale, robert.dugdale@usdoj.gov
     Christine Ewell, christine.ewell@usdoj.gov